William Wilkerson, Plaintiff, v. Gilbert Martini, Doing Business as Martini Refrigerated Transports, Defendant.
Citizens Casualty Company of New York, Intervenor-Appellant, v. Ralph Wilkerson, Cecil Finley and Gilbert Martine, Doing Business as Martine Refrigerated Transports, Respondents-Appellees.

Term No. 55-F-10.

Fourth District.
May 27, 1955.
Released for publication June 28, 1955.

This case is controlled by the decision in Hurley v. Finley, ante, p. 23.

Oehmke,

Dunham & Boman, for intervenor-appellant; no brief filed for appellees. Opinion by PRESIDING JUSTICE CULBERTSON. Not to be published in full.